IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CICORRA CERVANTES, as
Personal Representative of the
Estate of CIMAYAH
RAYVONNE ROSE
THURSTON, a deceased minor,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5784

      Appellant,

v.

FLORIDA BIRTH RELATED
NEUROLOGICAL INJURY
COMPENSATION
ASSOCIATION, and GREGORY
A. DELONG, M.D., KEY WEST
HMA PHYSICIAN
MANAGEMENT, LLC, and KEY
WEST HMA, LLC d/b/a LOWER
KEYS MEDICAL CENTER,

      Appellees.

_____/

Opinion filed October 16, 2015.

An appeal from the Division of Administrative Hearings.
Barbara J. Staros, Administrative Law, Judge.

Robert C. Tilghman of Robert C. Tilghman, P.A., Miami, for Appellant.

Jason M. Azzarone and David Nelson of La Cava & Jacobson, P.A., Tampa, for Appellees Gregory A. Delong, M.D. and Key West HMA Physician Management, LLC; Michael R. D'Lugo of Wicker, Smith, O'Hara, McCoy & Ford, P.A., Orlando, for Appellees Key West HMA, LLC d/b/a Lower Keys Medical Center.

PER CURIAM.

AFFIRMED.

WOLF, THOMAS, and KELSEY, JJ., CONCUR.